```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION
```

```
JACK BRYANT,                    )
DARREN EVANS,                   )
ROY FALL,                       )
TIM PEDIGO,                     )
RICHARD ROHOMAN,                )
CHRISTOPHER WILHOIT,            )
THOMAS RODDY,                   )
                                )
         Plaintiffs,            )
      vs.                       ) NO. 1:12-cv-00925-WTL-MJD
                                )
LAZER SPOT, INC.,               )
                                )
         Defendant.             )
```

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 43] regarding the Court's Hearing on Plaintiff's Order to Show Cause Hearing for Plaintiff Roy Fall's failure to appear.  No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given de novo consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Plaintiff Roy Fall's claims in this matter be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 02/13/2013

Distribution:

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Brett C. Bartlett
SEYFARTH SHAW LLP
bbartlett@seyfarth.com

Christopher J. DeGroff
SEYFARTH SHAW
cdegroff@seyfarth.com

Jeffrey L. Glaser
SEYFARTH SHAW LLP
jglaser@seyfarth.com

Aaron B. Maduff
MADUFF & MADUFF LLC
abmaduff@madufflaw.com

Mark Yann Thacker
SEYFARTH SHAW LLP
mthacker@seyfarth.com

ROY FALL
7851 Wedgefield Drive
Indianapolis, IN 46217